*son,* with whom *Mr. H. M. Havner* was on the brief, for defendant in error.

---

No. 236. JAMES P. PARSONS *v.* WILLIAM H. MOOR ET AL. Error to the Supreme Court of the State of Ohio. Argued March 12, 1920. Decided March 15, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. Charles F. Carusi* and *Mr. C. A. Thacher,* for plaintiff in error, submitted. *Mr. Herbert P. Whitney* for defendants in error.

---

No. —, Original. STATE OF NEW JERSEY *v.* A. MITCHELL PALMER, ATTORNEY GENERAL, ET AL. On motion for leave to file original bill. Motion submitted March 8, 1920. Order entered March 15, 1920.

ORDER. Application for leave to file bill granted and process ordered; but should the Attorney General be advised to move to dismiss, a motion to advance the hearing on the motion to dismiss to the earliest practicable day will be entertained, in order that the issues arising from such motion may be considered in connection with the controversies now under advisement resulting from the original bill filed by the State of Rhode Island and other causes involving kindred questions which are now also under submission. *Mr. Thomas F. McCran* for complainant.